Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                                                       :
Fosamax Products Liability Litigation         :
-----------------------------------------------------x
*This Document Relates to:*                       :                1:06-md-1789 (JFK)
Joan Nelson                                               :
v. Merck & Co., Inc.                                   :
                                                                          :
Case No: 1:08-cv-82-JFK                         :                **Rule 7.1 Statement**
-----------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that

it has no parent companies and are not aware of any beneficial owner of more than ten

percent of its Common Stock.

Dated: New York, New York
          January 31, 2008

                                                            Respectfully submitted,

                                                            HUGHES HUBBARD & REED LLP

                                                            By: /s/
                                                                 Norman C. Kleinberg
                                                                 Theodore V. H. Mayer
                                                                 William J. Beausoleil

                                                            One Battery Park Plaza
                                                            New York, New York 10004-1482
                                                            (212) 837-6000
                                                            beausole@hugheshubbard.com
                                                            *Attorneys for Defendant Merck & Co., Inc.*